1  Gary R. Selvin, State Bar No. 112030
   Robin D. Korte, State Bar No. 182553
2  SELVIN WRAITH HALMAN LLP
   505 14th Street, Suite 1200
3  Oakland, CA 94612
   Telephone:    (510) 874-1811
4  Facsimile:    (510) 465-8976
   E-mail:  gselvin@selvinwraith.com
5           rkorte@selvinwraith.com

6  Attorneys for Plaintiff
   ENDURANCE ASSURANCE CORPORATION
7

8              IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

10

11 | ENDURANCE ASSURANCE CORPORATION, | CASE NO.: 4:21-cv-07642-HSG |
12 | | **STIPULATION AND ORDER TO EXTEND PRIVATE ADR DEADLINE** |
13 | Plaintiff, | |
14 | v. | Complaint Filed:  September 29, 2021 |
15 | ACE AMERICAN INSURANCE COMPANY, | |
16 | Defendant. | |

17        Plaintiff ENDURANCE ASSURANCE CORPORATION ("Endurance") and Defendant ACE

18 AMERICAN INSURANCE COMPANY ("ACE") through their counsel of record, jointly stipulate

19 to, and request that the Court approve, an extension of the deadline to complete Private ADR for a

20 period of 90 days, to and including August 9, 2022.  This request is made based on the following

21 facts:

22        1.    The parties would like to mediate this insurance coverage dispute with the underlying

23 personal injury lawsuit.

24        2.    Mediation in the underlying lawsuit has been continued to June 8, 2022.

25        3.    This date is past the current mediation deadline of May 11, 2022.

26        4.    In light of the foregoing, the parties request the Court continue the deadline for

27 completion of private ADR for a period of 90 days.

28        NOW, THEREFORE, Endurance and ACE American, through counsel of record, jointly

petition the Court to continue the deadline for completion of ADR to August 9, 2022.

Dated:  May 10, 2022                                  SELVIN WRAITH HALMAN LLP


                                                      By: _____/s/ Robin D. Korte_____
                                                          Gary R. Selvin
                                                          Robin D. Korte
                                                          Attorneys for Plaintiff
                                                          ENDURANCE ASSURANCE CORPORATION

Dated:  May 10, 2022                                  MORALES FIERRO & REEVES


                                                      By: _____/s/William C. Reeves_____
                                                          William C. Reeves
                                                          Attorneys for Defendant
                                                          ACE AMERICAN INSURANCE COMPANY

## ORDER

FOR GOOD CAUSE SHOWN, and pursuant to the Stipulation of Plaintiff ENDURANCE ASSURANCE CORPORATION ("Endurance") and Defendant ACE AMERICAN INSURANCE COMPANY ("ACE"), the Court orders the deadline for completion of private ADR is extended for a period of 90 days, to August 9, 2022.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 5/10/2022                                      _____
                                                      HAYWOOD S. GILLIAM, JR.
                                                      U. S. DISTRICT COURT JUDGE

412397