1  Gary R. Selvin, State Bar No. 112030
   Robin D. Korte, State Bar No. 182553
2  SELVIN WRAITH HALMAN LLP
   505 14th Street, Suite 1200
3  Oakland, CA 94612
   Telephone:   (510) 874-1811
4  Facsimile:   (510) 465-8976
   E-mail:  gselvin@selvinwraith.com
5           rkorte@selvinwraith.com

6  Attorneys for Plaintiff
   ENDURANCE ASSURANCE CORPORATION
7

8                  IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

10

| ENDURANCE ASSURANCE CORPORATION,<br><br>                    Plaintiff,<br><br>         v.<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>                    Defendant. | CASE NO.: 4:21-cv-07642-HSG<br><br>**STIPULATION AND ODER OF DISMISSAL PURSUANT TO FED. R. CIV.P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed:  September 29, 2021 |
|---|---|

17     Pursuant to the Settlement Agreement between Plaintiff Endurance Assurance Corporation

18 ("Plaintiff") and Defendant Ace American Insurance Company ("Defendant");

19     IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff and

20 Defendant, through their designated counsel, that this action be and is hereby dismissed with

21 prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and

22     Plaintiff and Defendant, through their designated counsel, further stipulate and agree that they

23 shall each bear their own fees and costs.

24

25

26

27

28

---

1
**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV.P. 41(a)(1)(A)(ii)**
**CASE NO.: 4:21-cv-07642-HSG**

Dated: August 17, 2022    SELVIN WRAITH HALMAN LLP

By: _____/s/ *Robin D. Korte*_____
Gary R. Selvin
Robin D. Korte
Attorneys for Plaintiff
ENDURANCE ASSURANCE CORPORATION

Dated: August 17, 2022    MORALES FIERRO & REEVES

By: _____/s/ *William C. Reeves*_____
William C. Reeves
Attorneys for Defendant
ACE AMERICAN INSURANCE COMPANY

## ORDER

**FOR GOOD CAUSE SHOWN**, and pursuant to the Stipulation of Plaintiff Endurance Assurance Corporation ("Plaintiff") and Defendant Ace American Insurance Company ("Defendant"), the Court orders that the matter is hereby dismissed with prejudice, with each party bearing responsibility for its own fees and costs.

**IT IS SO ORDERED**.

DATED: 8/18/2022

HAYWOOD S. GILLIAM, JR.
U. S. DISTRICT COURT JUDGE

420555